UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 23-cr-295 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Mohamed Faisal Abdi, *also known as Abraham Moses*, | |
| Defendant. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on January 29, 2024. ECF No. 28. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 28] is **ACCEPTED**; and

2. Mr. Abdi's Motion to Dismiss for Selective or Vindictive Prosecution [ECF No. 20] is **DENIED**.

Dated: February 28, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court